AAS/aas
AO 91 (Rev. 11/11) Criminal Complaint

2023R00187

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v.

1. AARON MAURICE ADMIR HARRIS, and
2. DION DARNELL MILLER

Case No. 23-MJ-272_(TNL)

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about March 30, 2023, in the State and District of Minnesota, the defendants,

did knowingly and willfully conspired to knowingly, intentionally and forcibly assault and interfere with a federal law enforcement officer, including by means and use of a deadly and dangerous weapon,

in violation of 18 U.S.C. §§ 111(a), 111(b) and 371; and

aiding and abetting each other, did knowingly and intentionally use, carry, and brandish a firearm during and in relation to a crime of violence, namely assault of a federal law enforcement officer,

in violation of 18 U.S.C. §§ 924(c)(1)(A)(ii) and 2.

I further state that I am a(n) Homeland Security Investigations Special Agent and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Complainant's signature

Taylor Arneson, Special Agent
Homeland Security Investigations
Printed name and title

SUBSCRIBED and SWORN before me:

Date: March 31, 2023

City and State: Minneapolis, Minn.

_____
Judge's Signature

The Honorable Tony N. Leung
United States Magistrate Judge
Printed Name and Title